UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH CARTER**, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br> **GRETCHEN WHITMER, HEIDI WASHINGTON, and BRIAN SHIPMAN**, <br><br>　　　　　Defendants. | **2:21-CV-13059-TGB-JJCG** <br><br><br><br> **JUDGMENT** |

　　This matter came before the Court on a *pro se* complaint under 42 U.S.C. § 1983.  For the reasons given in an Opinion and Order entered on September 7, 2022, the complaint is summarily **DISMISSED** under 42 U.S.C. §§ 1915(e)(2)(B) and 1915A.

　　Dated at Detroit, Michigan:  September 9, 2022

　　　　　　　　　　　　　　　　KINIKIA ESSEX
　　　　　　　　　　　　　　　　CLERK OF THE COURT

　　　　　　　　　　　　　　　　s/A. Chubb
　　　　　　　　　　　　　　　　Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG